UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL ANTHONY ABELS,<br><br>  Petitioner,<br><br>  v.<br><br>PAT GLEBE,<br><br>  Respondent. | CASE NO. C09-1720 RSM<br><br>ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY |

This matter comes before the Court on Petitioner's motion for a certificate of appealability ("COA") (Dkt. #28). This Court previously adopted Magistrate Judge Donohue's Report and Recommendation dismissing Petitioner's petition as time-barred. (*See* Dkt. #s 17, 26).

Under 28 U.S.C. §2253, a petitioner is entitled to a COA where he has made "a substantial showing of the denial of a constitutional right." Petitioner must "show that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further.'" *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003) (*quoting*

1  *Barefoot v. Estelle*, 463 U.S. 880, 893 n.4 (1983)).  "A prisoner seeking a COA must prove

2  something more than the absence of frivolity or the existence of mere good faith on his or her

3  part." *Miller-El*, 537 U.S. at 338 (internal quotations omitted).  However, a petitioner need not

4  prove that some jurists would grant the petition, as a claim may be debatable "even though

5  every jurist of reason might agree, after the COA has been granted and the case has received

6  full consideration, that petitioner will not prevail." *Id.*

7       Where, as here, the petition is dismissed on procedural grounds, "a COA should issue

8  when the prisoner shows, at least, that jurists of reason would find it debatable whether the

9  petition states a valid claim of the denial of a constitutional right and that jurists of reason

10 would find it debatable whether the district court was correct in its procedural ruling." *Slack v.*

11 *McDaniel*, 529 U.S. 473, 484 (2000).  "Where a plain procedural bar is present and the district

12 court is correct to invoke it to dispose of the case, a reasonable jurist could not conclude either

13 that the district court erred in dismissing the petition or that the petitioner should be allowed to

14 proceed further." *Id.*

15       Petitioner's claims are plainly time-barred.  (*See* Report and Recommendation, Dkt.

16 #17).  Under the prevailing standard, petitioner is not entitled to a COA.  The motion is

17 DENIED.

19       Dated September 13, 2010.

            RICARDO S. MARTINEZ
            UNITED STATES DISTRICT JUDGE

ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY - 2